

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00127-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, LLC**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Stella Saxon, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, Appellee's "First Amended Motion to Dismiss Appeal for Want of Jurisdiction" is GRANTED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. The previously-ordered stay of enforcement of the injunctive relief granted in the trial court's March 3, 2015 partial summary judgment order is LIFTED.

Appellee's "Motion for Reconsideration of Order on Motion for Emergency Stay of Temporary Injunction Challenged on Interlocutory Appeal" is DENIED AS MOOT. It is ORDERED that Appellee Grace River Ranch, LLC, recover its costs of appeal from Appellants El Caballero Ranch, Inc. and Laredo Marine, LLC.

It is so **ORDERED** on October 21, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

_____
Keith E. Hottle, Clerk